UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeremy Schneider,  Case No. 3:24-cv-1466

         Plaintiff,

v.  ORDER

CSX Transportation, Inc.,

         Defendant.

On September 22, 2025, I held a telephone status conference with counsel for the parties. Pursuant to our discussion during that conference, it hereby is ordered that:

(1) The fact discovery deadline is vacated and reset for November 15, 2025.

(2) The expert discovery deadlines are vacated. Plaintiff shall provide his expert disclosure and report on or before December 22, 2025. Defendant shall provide its expert disclosure and report on or before February 2, 2026. Expert depositions shall be completed no later than March 20, 2026.

(3) Plaintiff shall provide Defendant with an updated settlement demand on or before March 1, 2026. Defendant shall respond on or before March 10, 2026

(4) Counsel shall attend a telephone status conference on March 11, 2026, at 9:30 a.m. on the Court's bridge line (419-718-0655, Meeting ID 849-763-788).

So Ordered.

                                            s/ Jeffrey J. Helmick
                                            United States District Judge